AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District Of Mississippi

| | |
|---|---|
| Barry W. Gilmer & Matthew Wade Gilmer<br><br>*Plaintiff(s)*<br>v.<br>Randall Tucker, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-00059-CWR-ASH<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pamela Hancock
855 S Pear Orchard Rd Ste 100
Ridgeland, MS 39157-5113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Wade Gilmer
280 Rue Petit Bois
Biloxi, MS 39531

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 04/15/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-CV-00059-CWR-AS

# PROOF OF SERVICE

**Name of Person or Entity Served:** Pamela Handcock (Cheryl H. Ruston) Administrative Assistant to Madison County Prosecuting Attorney

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (*attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

✓ **PERSONAL SERVICE.** I personally delivered copies of __Summons/Complaint__ on the __21__ day of __April__ __2025__, where I found said person(s) in __Madison__ county of the State of __MS__.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ county, _____ (state). I served the summons and complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or other evidence of actual delivery to the person served*.)

____ **SERVICE BY PUBLICATION**

At the time of service, I was a least 18 years of age and not a party to this action.

Process server must list below (please print or type):

Name: **MACKS PROCESS SERVICE LLC**
Address: **1220 E NORTHSIDE DR STE 170-329 JACKSON MS 39211**
Telephone No.: 601-624-584

State of __MS__
County of __Hinds__

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __Patricia Mack__ who being first by me duly sworn states on oath that the matter and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Patricia Mack_
Process Server (Signature)

Sworn to and subscribed before me this the __21__ day of __April__, 2025.

Notary Public

My commission Expires: __February 6, 2026__

[Notary Seal: STATE OF MISSISSIPPI, ERICA BELL, NOTARY PUBLIC, Hinds County, Commission Expires February 6, 2026, COMMISSION NUMBER 303954]