IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARRY GILMER, BY AND THROUGH
HIS NEXT OF KIN AND DULY APPOINTED
ATTORNEY IN FACT, MATTHEW GILMER                                    PLAINTIFF

V.                                                       Case No. 3:25-cv-59-CWR-ASH

RANDALL TUCKER, et. al                                                DEFENDANTS

### DEFENDANT JAMES HENDRIX'S CONDITIONAL JOINDER
### TO MOTION TO STAY THE CASE

COMES NOW James Hendrix, Defendant, by and through counsel, and files this Conditional Joinder to the Motion to Stay the Case filed by Defendants Sheriff Randall C. Tucker, Madison County Prosecutor Pamela Hancock, Dawn Biggert, Lieutenant Scott Strait, and Madison County, Mississippi (collectively "County Defendants") [Dkt. #40] and in support thereof would respectfully show unto the Court the following:

1. On April 26, 2025, Defendant James Hendrix filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. #15], along with a supporting Memorandum of Authorities [Dkt. #16], asserting that the Complaint fails to state a claim upon which relief can be granted against this Defendant.

2. On May 14, 2025, the County Defendants filed a Motion to Stay the Case [Dkt. #40], with a supporting Memorandum [Dkt. #41], requesting that this Court stay all proceedings pending the resolution of Plaintiff Barry Gilmer's criminal proceedings in Madison County Circuit Court.

3. Defendant Hendrix respectfully requests that the Court rule on his Motion to Dismiss prior to implementing any stay in this respect.

4. In the event the Court does not dismiss the claims against Defendant Hendrix, he hereby joins the County Defendants' Motion to Stay for the reasons stated in their Motion and Memorandum.

WHEREFORE PREMISES CONSIDERED, Defendant Hendrix conditionally joins the Motion to Stay, while respectfully requesting that the Court first rule on his pending Motion to Dismiss.

This the 14th day of May 2025.

                                  Respectfully submitted,

                                  JAMES HENDRIX, Defendant

                                  By: /s/ Mark C. Baker, Sr._____
                                      MARK C. BAKER, SR., his Attorney

OF COUNSEL:

MARK C. BAKER, SR., MSB#1717
BAKER LAW FIRM, P.C.
P. O. Box 947
Brandon, MS 39043
Telephone: 601.824.7455
Facsimile: 601.824.7456
Email: Mark@blfmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 14th day of May 2025.

/s/ Mark C. Baker, Sr.
MARK C. BAKER, SR.