## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**BARRY GILMER, BY AND THROUGH**
**HIS NEXT OF KIN AND DULY**
**APPOINTED ATTORNEY IN FACT,**
**MATTHEW GILMER**                                                            **PLAINTIFF**


**V.**                                                              **Case No. 3:25-cv-59-CWR-ASH**


**RANDALL TUCKER, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY AS**
**SHERIFF OF MADISON COUNTY,**
**MISSISSIPPI; PAMELA HANCOCK,**
**INDIVIDUALLY AND IN HER OFFICIAL**
**CAPACITY AS PROSECUTOR FOR**
**MADISON COUNTY, MISSISSIPPI;**
**DAWN BIGGERT, INDIVIDUALLY AND**
**IN HER OFFICIAL CAPACITY AS A**
**DETENTION OFFICER EMPLOYED BY**
**MADISON COUNTY, MISSISSIPPI;**
**SCOTT STRAIT, INDIVIDUALLY AND IN**
**HIS OFFICIAL CAPACITY AS LIEUTENANT**
**SHERIFF OF MADISON COUNTY, MISSISSIPPI;**
**MADISON COUNTY, MISSISSIPPI; JOHN DOE**
**SURETY COMPANY; LLOYD SPIVEY, IN HIS**
**OFFICIAL CAPACITY; JAMES HENDRIX;**
**JAMES WHITEHEAD; JACKSON JAMBALAYA;**
**AND JOHN DOES 1 THROUGH 25**                              **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Meagan E. Guyse, files this Motion to Withdraw as counsel of record for Defendants, Sheriff Randall C. Tucker, Madison County Prosecutor Pamela Hancock, Dawn Biggert, Lieutenant Scott Strait, and Madison County, Mississippi, and states as follows:

1. Meagan E. Guyse, Charles E. Cowan, and Jack F. Hall of Wise Carter Child & Caraway, P.A. are currently counsel of record for Defendants, Sheriff Randall C. Tucker, Madison County Prosecutor Pamela Hancock, Dawn Biggert, Lieutenant Scott Strait, and Madison County,

Mississippi.

2.  After August 25, 2025, Meagan E. Guyse will no longer be with the firm of Wise Carter Child & Caraway, P.A.

3.  Sheriff Randall C. Tucker, Madison County Prosecutor Pamela Hancock, Dawn Biggert, Lieutenant Scott Strait, and Madison County, Mississippi will continue to be represented by Charles E. Cowan, Jack F. Hall, and the law firm of Wise Carter Child & Caraway, P.A., following Meagan E. Guyse's departure.

4.  Meagan E. Guyse's withdrawal as counsel of record in this matter will not unreasonably delay the case or prejudice the parties in any manner.

**WHEREFORE, PREMISES CONSIDERED**, Meagan E. Guyse respectfully requests the Court to enter an Order permitting his withdrawal as counsel of record for Defendants, Sheriff Randall C. Tucker, Madison County Prosecutor Pamela Hancock, Dawn Biggert, Lieutenant Scott Strait, and Madison County, Mississippi.

**RESPECTFULLY SUBMITTED** this the 18th day of August, 2025.


                                                    */s/ Meagan E. Guyse*
                                                    MEAGAN E. GUYSE

**OF COUNSEL**:

Charles E. Cowan (MSB #104478)
Meagan E. Guyse (MSB#106648)
Jack F. Hall (MSB #106482)
WISE CARTER CHILD & CARAWAY, P.A.
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
F: (601) 968-5519
cec@wisecarter.com
meg@wisecarter.com
jfh@wisecarter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED:  August 18, 2025

*/s/ Meagan E. Guyse*
 MEAGAN E. GUYSE